

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Scott Lawrence Simmons
2008 E 121 Apt 102
Burnsville, MN 55337     Plaintiff(s),

vs.

Clerk of Appellate Courts
305 Minnesota Judicial Center
25. Rev Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

Defendant(s).

Case No. 21-cv-293 ECT/HB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES X   NO ___

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name              Scott Lawrence Simmons

   Street Address    2008 E 121 Apt 102

   County, City      Dakota Burnsville

   State & Zip Code  Minnesota 55337

   Telephone Number  _____

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

SCANNED
FEB 02 2021
U.S. DISTRICT COURT MPLS

a. Defendant No. 1

Name _Clerk of Appellate Courts_

Street Address _305 Minnesota Judicial Center_

County, City _25Rev.Dr. Martin Luther King Sr. Blvd. Ramsey St. Paul_

State & Zip Code _Minnesota 55155_

b. Defendant No. 2

Name _Dakota County District Court_

Street Address _1560 Highway 55_

County, City _Dakota Hastings_

State & Zip Code _minnesota 55033_

c. Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached: ☐**
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Question        ☐ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue?  List all that apply.

*Obstruction of Sustice*

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?  Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:                State of Citizenship:

Defendant No. 1:               State of Citizenship:

Defendant No. 2:               State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.**

6.  What is the basis for venue in the District of Minnesota?  *(check all that apply)*

☐ Defendant(s) reside in Minnesota    ☐ Facts alleged below primarily occurred in Minnesota

☒ Other: explain

*Obstruction of Sustice*

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim.  The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed.  Each paragraph must be numbered separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7.  *Obstruction of Sustice*

| Case Number | | Citation Number |
|---|---|---|
| 70-2000-11917 | | 0037866 |
| 18-k2-01-601939 | | |
| 19-AV-CR-16-20986 | | 190116904872 |
| A03-1429 | A06-0054 | 986302001992 |
| A03-0555 | A06-0053 | 19-HA-PR-15-377 |
| A03-0343 | A03-1589 | 19-HA-PR-19-864 |
| A03-0392 | A03-1578 | 19-HA-PR-20-479 |
| A03-0332 | 98C802001101 | |
| A03-0184 | | |
| A03-0065 | | |
| 98C202001871 | | |

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: □
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Obstruction of Justice

Date: 2/1/21

Signature of Plaintiff   Scott Lawrence Simmons

Mailing Address   2008 E 121 Apt 102

Burnsville, MN 55337

Telephone Number

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5