## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

Scott Lawrence Simmons,                         File No. 21-cv-293 (ECT/HB)

        Plaintiff,

v.                                              **ORDER ACCEPTING REPORT
                                                AND RECOMMENDATION**

Clerk of Appellate Courts and
Dakota County District Court,

        Defendants.

Magistrate Judge Hildy Bowber issued a Report and Recommendation on February 8, 2021. ECF No. 3. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.    The Report and Recommendation [ECF No. 3] is **ACCEPTED**;

2.    This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3.    Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 26, 2021              s/ Eric C. Tostrud
                                      Eric C. Tostrud
                                      United States District Court